Date: 02/04/11                                                                                                    Page:

## DIVIDENDS REMITTED TO THE COURT
Check Number 1010 Dated 02/04/11
Case Number 09-33671 - CROUCH, NATHANIAL IVYL

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| ROUNDUP FUNDING, LLC<br>MS 550<br>PO BOX 91121<br>SEATTLE, WA 98111-9221<br>7480 | 000008 | 75.66 | 2.04 |
| ---------- Remittance Total ---------------- |  | 75.66 | 2.04 |

*(signature)*

CHARLES W. RIES, Trustee



Rec. # 3312

RECEIVED 11 FEB -7 PM 12:36 U.S. BANKRUPTCY COURT ST. PAUL, MN

COURT1                                                                                       Printed: 02/04/11 03:49 PM    Ver: 16.01c